**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sallianne Marie English,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>    Defendant. | No. CV-23-02490-PHX-DJH<br><br>**ORDER** |

Before the Court is the parties' Stipulated Motion for Award of Attorney Fees in the amount of $7,700.00 under the Equal Access to Justice Act ("EAJA"). (Doc. 27 at 1). Having considered the Stipulated Motion, the Court finds that the award is authorized under 28 U.S.C. § 2412.

Accordingly,

**IT IS ORDERED** that the stipulated Motion for Award of Attorney fees (Doc. 27) is **granted**. Plaintiff is award attorney fees under the Equal Access to Justice Act in the amount of $7,700.00. No costs have been requested by Plaintiff and therefore, none are awarded.

**IT IS FURTHER ORDERED** that although fees under the EAJA are awarded to the prevailing party, not to the party's attorney, *Astrue v. Ratliff*, 560 U.S. 596–98 (2010), the Commissioner shall determine whether Plaintiff owes a debt to the Government and, if the Commissioner of Social Security (1) determines upon effectuation of the Court's Equal Access to Justice Act order that Plaintiff does not owe a debt that is subject to

offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney, Sarah Fern, and can be made by electronic fund transfer (EFT) or by check.

Dated this 6th day of June, 2025.

Honorable Diane J. Humetewa
United States District Judge